**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CASE NO.:  3:09-cr-51-J-34MCR**

**ALEX LEE CAMPBELL,**

    **Defendant.**

---

### Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782

Before the Court is Defendant's Unopposed Motion for Sentence Reduction Under Amendment 782 (Doc. No. 451; Motion) filed on January 22, 2016. In the Motion, Defendant seeks to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the United States Sentencing Guidelines (USSG), a retroactive guideline amendment, see USSG §1B1.10(d) (2014). See Motion at 1. The United States does not oppose a reduction. See id. at 2. The parties agree that Defendant is eligible for a guideline reduction because Amendment 782 reduces the applicable guideline range, see USSG §1B1.10(a)(1). See id. The Court determines that Defendant is eligible for a guideline reduction, and adopts the amended guideline calculations agreed upon by the parties in the Motion.

The Court has reviewed the facts in both the original presentence investigation report and the December 9, 2015 memorandum from the United States Probation Office. Having considered the factors set forth in 18 U.S.C. § 3553(a), as well as the nature and seriousness of any danger posed by a reduction of Defendant's sentence, see USSG

§1B1.10, comment (n.1(B)(ii)), the Court finds that a reduction of Defendant's sentence from 135 months to 121 months as to Counts One and Two to run concurrently and to run consecutively to the previously imposed sentence of 60 months as to Count Four, is warranted.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Sentence Reduction Under Amendment 782 (Doc. No. 451) is **GRANTED**.

2. The Court reduces Defendant's sentence from a period of imprisonment of 135 months to a period of 121 months as to Counts One and Two to run concurrently and to run consecutively to the previously imposed sentence of 60 months as to Count Four, or time served, whichever is greater.  See USSG §1B1.10(b)(2)(C).

3. All other provisions set forth in the Amended Judgment shall remain in full force and effect.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of January, 2016.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

United States Marshals Service

United States Probation Office

Bureau of Prisons